A CERTIFIED TRUE COPY
ATTEST

By Tarrell L. Littleton on Jul 07, 2010

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

Jun 21, 2010

FILED
CLERK'S OFFICE

IN RE: YASMIN AND YAZ (DROSPIRENONE)
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

MDL No. 2100

(SEE ATTACHED SCHEDULE)

**FILED**

JUL -7 2010

CONDITIONAL TRANSFER ORDER (CTO-27)

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

On October 1, 2009, the Panel transferred 32 civil actions to the United States District Court for the Southern District of Illinois for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See 655 F.Supp.2d 1343 (J.P.M.L. 2009). Since that time, 470 additional actions have been transferred to the Southern District of Illinois. With the consent of that court, all such actions have been assigned to the Honorable David R. Herndon.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Southern District of Illinois and assigned to Judge Herndon.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Southern District of Illinois for the reasons stated in the order of October 1, 2009, and, with the consent of that court, assigned to the Honorable David R. Herndon.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of Illinois. The transmittal of this order to said Clerk shall be stayed 14 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 14-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Jul 07, 2010

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Luthi
Clerk of the Panel

SOUTHERN DISTRICT OF ILLINOIS
CERTIFIED TRUE COPY
By _Leana Brinkley_
         Deputy Clerk
Date _7/7/10_

IN RE: YASMIN AND YAZ (DROSPIRENONE)
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

MDL No. 2100

### SCHEDULE CTO-27 - TAG-ALONG ACTIONS

**DIST. DIV. C.A. #**    **CASE CAPTION**

CALIFORNIA NORTHERN
| | | | |
|---|---|---|---|
| CAN 3 | 10-2295 | Debra Jones v. McKesson Corp., et al. | 10-20341-DRH-PMF |
| CAN 3 | 10-2296 | Judith Boyce v. McKesson Corp., et al. | 10-20342-DRH-PMF |
| CAN 3 | 10-2298 | Erin Fischer v. McKesson Corp., et al. | 10-20343-DRH-PMF |
| CAN 3 | 10-2299 | Vanessa Pigman v. McKesson Corp., et al. | 10-20344-DRH-PMF |
| CAN 3 | 10-2300 | Elizabeth Fitzgerald v. McKesson Corp., et al. | 10-20345-DRH-PMF |
| CAN 4 | 10-2036 | Kristy Cardinal v. McKesson Corp., et al. | 10-20346-DRH-PMF |
| CAN 4 | 10-2297 | Luz Hines v. McKesson Corp., et al. | 10-20347-DRH-PMF |

NEW YORK EASTERN
| | | | |
|---|---|---|---|
| NYE 1 | 10-546 | Amanda Patenaude v. Bayer Corp., et al. | 10-20348-DRH-PMF |
| NYE 1 | 10-547 | Wendell Koehn, etc. v. Bayer Corp., et al. | 10-20349-DRH-PMF |
| NYE 1 | 10-608 | Crystal Kropf, et al. v. Bayer Corp., et al. | 10-20350-DRH-PMF |
| NYE 1 | 10-609 | Rene Pickett v. Bayer Corp., et al. | 10-20351-DRH-PMF |
| NYE 1 | 10-611 | Jennifer Major, et al. v. Bayer Corp., et al. | 10-20352-DRH-PMF |

NEW YORK SOUTHERN
| | | | |
|---|---|---|---|
| NYS 7 | 10-4280 | Alishia Dianne Seagraves v. Bayer Corp., et al. | 10-20353-DRH-PMF |

PENNSYLVANIA EASTERN
| | | | |
|---|---|---|---|
| PAE 2 | 10-2132 | Naomi F. Williams, et al. v. Bayer Corp., et al. | 10-20354-DRH-PMF |
| PAE 2 | 10-2135 | Eve M. Capano v. Bayer Corp., et al. | 10-20355-DRH-PMF |

WASHINGTON WESTERN
| | | | |
|---|---|---|---|
| WAW 2 | 10-842 | Michelle Anderson v. Bayer Corp., et al. | 10-20356-DRH-PMF |